Boston, Mass., for appellant. Harold P. Williams, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass., for appellee. Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. The petitioner in this case seeks admission into the United States by virtue of being the foreign born son of an American citizen. Neither the citizenship of the alleged father nor the claimed relationship of the petitioner was conceded. Upon both contentions the District Court found against the petitioner, and ordered that the petition be dismissed, the writ for habeas corpus discharged and the petitioner remanded to the custody of the United States Commissioner of Immigration at Boston, to whom the writ was directed. From this order the petitioner claimed an appeal to the United States Circuit Court of Appeals. The District Court had before it for consideration only the record of the Immigration Commissioner, and found that the petitioner had had a fair trial by the officers charged with the administration of the Immigration laws, and, having so decided, declined to hear the case upon its merits. The case is therefore on all fours with the Case of Chin Wey, 4 F.(2d) 247, this day decided by this court, and is transferred to the Supreme Court for the reasons stated in the opinion in that case. It is so ordered.

---

**1**

Everett Flint DAMON, ex rel. FONG HANG LEONG, Petitioner, Appellant, v. John P. JOHNSON, U. S. Commissioner of Immigration, Respondent, Appellee. (Circuit Court of Appeals, First Circuit. February 17, 1925.) No. 1799. Appeal from the district court of the United States for the District of Massachusetts; James Arnold Lowell, Judge. Everett Flint Damon, of Boston, Mass., for appellant. Robert O. Harris, U. S. Atty., and John W. Schenck, Asst. U. S. Atty., both of Boston, Mass. (Harold P. Williams, of Boston, Mass., on the brief), for appellee. Before BINGHAM, JOHNSON, and ANDERSON, JJ.

ANDERSON, Circuit Judge. Fong Hang Leong claims to be the foreign-born son of Fong Ging and that Fong Ging is an American citizen. The immigration officials held against both contentions—that Fong Ging was not proved to be of American birth, and that the applicant (a man 38 years old, with three or four children) was not proved to be Fong Ging's son. On petition for habeas corpus the District Court said: "The immigration authorities gave careful attention to this case, and decided on evidence which might well have satisfied a court of justice that the father of the appellant was not an American citizen. Under these circumstances I can find no ground for the allegation in the petition that a fair hearing was not granted. Writ refused." As the District Court found all jurisdictional facts in the respondent's favor, no appeal to this court lies. The case is on all fours with 1723, Chin Wey v. Wixon, 4 F.(2d) 247, decided this day. It must be transferred to the Supreme Court under Act of September 14, 1922. Judicial Code, § 238a (Comp. St. Ann. Supp. 1923, § 1215a). It is so ordered.

---

**2**

Mrs. Thomas DANIELS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. December 8, 1924.) No. 4136. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. William R. Harrison, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**3**

Thomas H. DANIELS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. December 8, 1924.) No. 4165. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. William R. Harrison, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**4**

Thomas H. DANIELS v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. December 8, 1924.) No. 4318. In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge. William R. Harrison, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

**5**

James C. DAVIS, Agent, etc., v. Ernest HITCHCOCK. (Circuit Court of Appeals, Sixth Circuit. January 6, 1925.) No. 4152. In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. J. W. Dohany, of Detroit, Mich., and Alexander L. Smith, of Toledo, Ohio, for plaintiff in error. Marshall & Fraser and P. R. Taylor, all of Toledo, Ohio, for defendant in error.

PER CURIAM. Dismissed in pursuance of motion.

---

**6**

James C. DAVIS, Agent, etc., v. John MILLER. (Circuit Court of Appeals, Sixth Circuit. January 6, 1925.) No. 4153. In Error to the District Court of the United States for the Northern District of Ohio; Paul Jones, Judge. J. W. Dohany, of Detroit, Mich., and Alexander L. Smith, of Toledo, Ohio, for plaintiff in error. Marshall & Fraser and P. R. Taylor, all of Toledo, Ohio, for defendant in error.

PER CURIAM. Dismissed in pursuance of motion.

---

**7**

Domenico DUMBRA, Plaintiff in Error, v. UNITED STATES, Defendant in Error. (Circuit Court of Appeals, Second Circuit. Decem-